FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626) 653-0455

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. a California Corporation<br>      Plaintiff,<br>vs.<br><br>REYNALDO PEREZ individually and dba EL TARASCO, jointly and severally<br>      Defendant | 02-CV-02849-HLH (Rz)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

    Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

    The default judgment entered on August 6, 2002, against defendants, **REYNALDO PEREZ individually and dba EL TARASCO, jointly and severally,** is hereby renewed on the amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $7,087.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 7,087.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 7,087.00 |
| g. Interest after judgment | 1,762.03 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **8,849.03** |

DATED: 07/19/12          Clerk by  Lori Muraoka, Deputy Clerk
                                   U.S. District Court