1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, California 91723
4  (626)653-0455

5              **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
6

7

8
   ENTERTAINMENT BY J&J, INC.      )  02-CV-02849-HLH (Rz)
9  a California Corporation        )
10         Plaintiff,              )  **RENEWAL OF DEFAULT JUDGMENT**
                                   )  **BY CLERK**
11     vs.                         )
                                   )
12 REYNALDO PEREZ individually     )
13 and dba EL TARASCO, jointly     )
   and severally                   )
14         Defendant               )
15                                 )
                                   )
16 _____)

17     Based upon the Application for Renewal of Judgment of the
18
   original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P.
19
20 639.110 through 683.320 and good cause appearing, therefore:
21
       The default judgment entered on August 6, 2002,
22
23 against defendants, **REYNALDO PEREZ individually and dba EL**
24
   **TARASCO, jointly and severally**, is hereby renewed on the
25
26 amounts set forth:
27
28
   Page 1 of 2                         RENEWAL OF DEFAULT JUDGMENT
                                        Case No. 02-CV-02849-HLH (Rz)

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $7,087.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 7,087.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 7,087.00 |
| g. Interest after judgment | 1,762.03 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | **8,849.03** |

**DATED:** 07/19/12 _____    **Clerk by**_____ Lori Muraoka, Deputy Clerk

U.S. District Court

RENEWAL OF DEFAULT JUDGMENT
Case No. 02-CV-02849-HLH (Rz)