Calvin F. Love, Bar #307493
LOVE LAW, PC
800 S. Barranca Ave., Ste. 100
Covina, CA 91723
Ph: (626)653-0455
Fax (626)653-0465

Attorney for Creative Recovery Concepts, Inc.
Assignee of Judgment

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J INC. a California Corporation<br><br>Plaintiff<br><br>vs<br><br>REYNALDO PEREZ individually and dba EL TARASCO, jointly and severally<br><br>Defendants | CASE No. 02-CV-02849 HLH (Rz)<br><br>**RENEWAL OF DEFAULT JUDGMENT** BY CLERK |

Based upon the Application for Renewal of Judgment of the renewed original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 683.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on August 6, 2002 on behalf of Plaintiff, **ENTERTAINMENT BY J&J INC. a California Corporation,** which was then assigned by Plaintiff to Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and renewed on July 19, 2012 in favor of Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and against defendants, **REYNALDO PEREZ individually and dba EL TARASCO, jointly and severally,**

PAGE 1 of 2                                       RENEWAL OF JUDGMENT
                                                  CASE NO. CV-00-11829 RMT (SHX)

is hereby renewed in the following amounts:

**Renewal of money judgment**

| | | |
|---|---|---:|
| a. | Total Judgment as last renewed | 8,849.03 |
| b. | Costs after Judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a and b) | 8,849.03 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (subtract e from d) | 8,849.03 |
| g. | Interest after judgment | 2,175.28 |
| h. | Fee for filing renewal | 0.00 |
| i. | **TOTAL RENEWED JUDGMENT** | **11,024.31** |

DATED: May 31, 2022        Clerk by _Sharon Hall Brown_
                                                    Deputy

KIRY K. GRAY, CLERK OF COURT
U.S. DISTRICT COURT

PAGE 2 of 2                        RENEWAL OF JUDGMENT
                                   CASE NO. CV-00-11829 RMT (SHX)